IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | |
| | ) | |
| v. | ) | No. 3:01-0763 |
| | ) | JUDGE CAMPBELL |
| WB MUSIC CORP., ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered February 24, 2006 (Docket No. 137) and Plaintiff's Objections to Report and Recommendation of the Magistrate Judge Regarding Summary Judgment (Docket No. 143). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

Plaintiff's objections (Docket No. 143) are OVERRULED, and the Report and Recommendation (Docket No. 137) is ADOPTED and APPROVED.

Accordingly, Motion of Defendant Universal Studios, Inc. for Summary Judgment (Docket No. 108) is GRANTED and the case is DISMISSED as to Defendant Universal-MCA Music Publishing, Inc., which answered the complaint in this case as Universal Studios, Inc.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE