IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | |
| | ) | |
| v. | ) | No. 3:01-0763 |
| | ) | JUDGE CAMPBELL |
| WB MUSIC CORP. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 179) and Rule 72 Objections of Universal Studios, Inc. to Report & Recommendation Re: Attorneys' Fees (Docket No. 180). The Court has independently reviewed the Magistrate Judge's findings and conclusions and has made a de novo determination on the pending matters. 28 U.S.C. §636(b).

Universal Studios, Inc.'s Rule 72 Objections are DENIED and the Magistrate Judge's Report and Recommendation (Docket No. 179) is ADOPTED and APPROVED.

Accordingly, the Motion of Defendant Universal Studios, Inc. for Attorneys' Fees (Docket No. 156) is DENIED without prejudice to refiling pending outcome of the appeals process.

IT IS SO ORDERED.

                                                                                                                           _/s/ Todd Campbell_
                                                                                                                           TODD J. CAMPBELL
                                                                                                                           UNITED STATES DISTRICT JUDGE